UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABREYEL MICHOLE-MEENA WILDER, *et al.*,

           Plaintiffs,

  v.

JAY ROBERT INSLEE, *et al.*,

           Defendants.

Case No. C21-465-RSL

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff Abryel Michole-Meena Wilder has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk is directed to send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

      Dated this 12th day of April, 2021.

                                              MICHELLE L. PETERSON
                                              United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1